132 F.3d 48
 Dorothy A. Leventhal
v.
Cobb American Bank and Trust Company, American Bank Shares,
Inc., Claude E. Surface, Jr., William W. Marrett, Jr., Roman
A. DeVille, Rosa Dziewienski, CSG Partners, Ltd., Sam
Forman; Ronald S. Leventhan v. Cobb American Bank and Trust
Company, American Bank Shares, Inc., Roman A. DeVille, CSG
Partners, Ltd., Rosa Dziewienski; Ronald S. Leventhal,
Dorothy A. Leventhal v. Claude E. Surface, Jr., Roman A.
DeVille, Rosa Dziewienski, CSG
 NOS. 95-9290, 95-9291, 96-8331
 United States Court of Appeals,
Eleventh Circuit.
 Dec 01, 1997
 N.D.Ga., 119 F.3d 9, 119 F.3d 11
 
 1
 DENIALS OF REHEARING EN BANC.